NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Melisa A. Rosadini-Knott
PEIFFER WOLF CARR
KANE CONWAY & WISE LLP
3435 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90010-1923
323-982-4109

ATTORNEY(S) FOR: Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE REISBERG, on behalf of her minor children M.C. 1 and M.C. 2<br><br>Plaintiff(s),<br><br>v.<br><br>RENAISSANCE LEARNING, INC<br><br>Defendant(s) | CASE NUMBER:<br><br>8:25-cv-01379-FWS-JDE<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiffs _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Nicole Reisberg on behalf of minor children M.C. 1 and M.C. 2 | Plaintiff |
| | |
| Peiffer Wolf Carr Kane Conway & Wise LLP | Counsel for the Plaintiffs and Putative Class |
| Ed Tech Law Center PLLC | Counsel for the Plaintiffs and Putative Class |
| Almeida Law Group LLC | Counsel for the Plaintiffs and Putative Class |
| George Feldman McDonald, PLLC | Counsel for the Plaintiffs and Putative Class |

| 6/30/2025 | /s/ Melisa A. Rosadini-Knott |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**