COOLEY LLP
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
BETHANY C. LOBO (248109)
(blobo@cooley.com)
YUHAN ALICE CHI (324072)
(achi@cooley.com)
ERIK LAMPMANN-SHAVER (362460)
(elampmannshaver@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

NAOMI HARRALSON MAY (291462)
(nmay@cooley.com)
NACHI A. BARU (345978)
(nbaru@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: +1 858 550 6000
Facsimile: +1 858 550 6420

Attorneys for Defendant
RENAISSANCE LEARNING, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION - SANTA ANA

| | |
|---|---|
| NICOLE REISBERG, on behalf of her minor children M.C. 1 and M.C. 2, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RENAISSANCE LEARNING, INC.,<br><br>Defendant. | Case No. 8:25-cv-01379-FWS-JDE<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:         December 11, 2025<br>Time:         10:00 a.m.<br>Courtroom: 10D<br><br>Pretrial Conference:  Not Yet Set<br>Trial Date:                  Not Yet Set |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT'S NOTICE OF MOTION AND
MOTION TO DISMISS COMPLAINT
CASE NO. 8:25-CV-01379-FWS-JDE

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Thursday, December 11, 2025 at 10:00 a.m., in Courtroom 10D of the U.S. Courthouse located at 411 West 4th Street in Santa Ana, California 92701, Defendant Renaissance Learning, Inc. ("Renaissance") will and hereby does move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Plaintiff's Complaint without leave to amend. For the reasons set forth in the accompanying Memorandum of Points and Authorities, Plaintiff fails to state any claim upon which relief can be granted, such that dismissal in full of her Complaint is appropriate.

This motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the concurrently filed declaration of Bethany Lobo, the pleadings and papers on file in this action, and any further evidence or argument of counsel that the Court may receive at or before the hearing.

Dated: September 4, 2025  COOLEY LLP

By: */s/ Matthew D. Brown*
　　Matthew D. Brown

Attorneys for Defendant
RENAISSANCE LEARNING, INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEFENDANT'S NOTICE OF MOTION AND
MOTION TO DISMISS COMPLAINT
CASE NO. 8:25-CV-01379-FWS-JDE