UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION - SANTA ANA

| | |
|---|---|
| NICOLE REISBERG, on behalf of her minor children M.C. 1 and M.C. 2, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RENAISSANCE LEARNING, INC.,<br><br>Defendant. | Case No. 8:25-cv-01379-FWS-JDE<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RENAISSANCE LEARNING, INC.'S MOTION TO DISMISS** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS
CASE NO. 8:25-CV-01379-FWS-JDE**

# [PROPOSED] ORDER

Defendant Renaissance Learning, Inc. filed a Motion to Dismiss Plaintiff's Complaint, and the Court heard argument on Defendant's Motion on December 11, 2025 at 10:00 a.m. Having read and considered the Motion to Dismiss and memoranda filed by the parties, and having heard the argument of counsel, the Court hereby **GRANTS** Defendant's Motion to Dismiss and **DISMISSES** Plaintiff's Complaint in its entirety without leave to amend.

Dated: _____

_____
Hon. Fred W. Slaughter
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS
CASE NO. 8:25-CV-01379-FWS-JDE