| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | | **CLEAR FORM** |
|---|---|---|
| Melisa A. Rosadini-Knott <br> PEIFFER WOLF CARR <br> KANE CONWAY & WISE LLP <br> 3435 Wilshire Blvd., Ste. 1400 <br> Los Angeles, CA 90010-1923 <br> 323-982-4109 | | |
| ATTORNEY(S) FOR:  Plaintiffs | | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| M.C. 1 and M.C. 2, by and through their legal guardian NICOLE REISBERG, and M.C. 3 and <br><br> Plaintiff(s), <br><br> v. <br><br> RENAISSANCE LEARNING, INC. <br><br> Defendant(s) | CASE NUMBER: <br><br> 8:25-cv-01379-FWS-JDE | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> (Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiffs_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| M.C. 1 and M.C. 2, by and through their legal guardian NICOLE REISBERG, | Plaintiffs |
| M.C. 3 and M.C. 4, by and through their legal guardian AMY WARREN, | Plaintiffs |
| Peiffer Wolf Carr Kane Conway & Wise, LLP | Counsel for the Plaintiffs and the Putative Class |
| EdTech Law Center PLLC | Counsel for the Plaintiffs and the Putative Class |
| Almeida Law Group LLC | Counsel for the Plaintiffs and the Putative Class |
| George Feldman McDonald, PLLC | Counsel for the Plaintiffs and the Putative Class |

| 9/25/2025 | /s/ Melisa A. Rosadini-Knott |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs