UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:25-cv-01379-FWS-JDE                                  Date: September 26, 2025
Title: Nicole Reisberg *et al.* v. Renaissance Learning, Inc.

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Not Present                                                          Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT [28]**

On September 4, 2025, Defendant filed a Motion to Dismiss Plaintiffs' Complaint. (Dkt. 28 ("Motion").) On September 25, 2025, Plaintiffs filed a First Amended Complaint. (Dkt. 30.) The court finds this matter appropriate for resolution without oral argument. *See* Fed. R. Civ. P. 78(b) ("By rule or order, the court may provide for submitting and determining motions on briefs, without oral hearings."); C.D. Cal. L.R. 7-15 (authorizing courts to "dispense with oral argument on any motion except where an oral hearing is required by statute"). Accordingly, the hearing set for December 11, 2025, is **VACATED** and off calendar. Based on the record, as applied to the relevant law, the Motion, which relates to Plaintiff's Complaint and not the First Amended Complaint, is **DENIED AS MOOT**. *See Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) ("It is well-established in our circuit that an amended complaint supersedes the original, the latter being treated thereafter as non-existent.") (citation and quotation marks omitted); *Skistimas v. Hotworx Franchising LLC*, 2024 WL 3401023, at *1 (W.D. Wash. July 12, 2024) ("As a general matter, an amended complaint supersedes an original complaint, rendering the original complaint without legal effect."); *Hearn v. Truesdale*, 2025 WL 711746, at *1 (D. Idaho Mar. 5, 2025) ("When an amended complaint is filed, any previously-filed motions to dismiss are moot."); *Est. of Valentine v. Cnty. of Merced*, 2024 WL 3226730, at *1 (E.D. Cal. June 28, 2024) ("When a plaintiff files an amended complaint, the amended complaint becomes the operative complaint and renders any pending motions to dismiss moot.").