UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.C. 1 and M.C. 2, by and through their legal guardian NICOLE REISBERG, and M.C. 3 and M.C. 4, by and through their legal guardian AMY WARREN, individually and on behalf of all others similarly situated, | Case No. 8:25-cv-01379-FWS-JDE |
| Plaintiffs, | [PROPOSED] **ORDER DENYING DEFENDANT RENAISSANCE LEARNING, INC.'S MOTION TO DISMISS** |
| v. | |
| RENAISSANCE LEARNING, INC., | |
| Defendant. | |

## [PROPOSED] ORDER

Defendant Renaissance Learning, Inc. filed a Motion to Dismiss Plaintiffs' Amended Complaint, and the Court heard argument on Defendant's Motion on February 5, 2026 at 10:00 a.m. Having read and considered the Motion to Dismiss and memoranda filed by the parties, and having heard the argument of counsel, the Court hereby DENIES Defendant's Motion to Dismiss. Defendant is hereby ORDERED to file an answer to the Amended Complaint within 14 days of this Order.

Dated:_____          _____

Hon. Fred W. Slaughter

United States District Judge