**NOTE: CHANGES MADE BY THE COURT**

UNITES STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION - SANTA ANA

M.C. 1 and M.C. 2, by and through their legal guardian NICOLE REISBERG, and M.C. 3 and M.C. 4, by and through their legal guardian AMY WARREN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

RENAISSANCE LEARING, INC.,

Defendant.

Case No. 8:25-cv-01379-FWS-JDE

**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO SECOND AMENDED CLASS ACTION COMPLAINT, SET BRIEFING SCHEDULE, ENLARGE WORD LIMIT FOR RENAISSANCE'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT, AND STAY DISCOVERY SCHEDULE [61]**

Dept.: Courtroom 10D
Judge: Hon. Fred W. Slaughter

Based on the record, as applied to the relevant law, for the good cause demonstrated in the Joint Stipulation to Extend Deadlines to Respond to the Second Amended Class Action Complaint, Set Briefing Schedule, Enlarge Word Limit, and Stay Discovery Schedule (Dkt. 61 ("Stipulation")), and in the court's discretion, the court **GRANTS** the Stipulation and **ORDERS** as follows:

- Renaissance's forthcoming motion to dismiss the Second Amended Complaint shall be due on **May 1, 2026**.
- Plaintiffs' opposition to Renaissance's motion shall be due on **June 15, 2026**.

- Renaissance's reply in support of its motion to dismiss shall be due on **July 13, 2026**.
- Renaissance shall notice the forthcoming motion to dismiss for a hearing on or after **July 30, 2026.**
- Renaissance shall have **10,000** words for its memorandum of points and authorities in support of its motion to dismiss; Plaintiffs shall have **10,000** words for their opposition brief; and Renaissance shall have **9,000** words for its reply brief.
- All case deadlines, including but not limited to discovery, pretrial, and trial deadlines, shall be stayed pending the court's resolution of Renaissance's forthcoming motion to dismiss.
- Within 14 days of the court's order on Renaissance's motion to dismiss, if any claims remain before the court, the Parties shall file a joint status report addressing the status of the case and proposing a schedule for any remaining proceedings, including submitting an updated Schedule of Pretrial and Trial Dates Worksheet (Dkt. 29 at 9). The court will issue a new scheduling order based on such report.

**IT IS SO ORDERED.**

Dated: March 27, 2026

HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE