UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:25-cv-01379-FWS (JDEx) | Date | September 10, 2026 |
| Title | Nicole Reisberg et al v. Renaissance Learning, Inc. | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Rolls Royce Paschal | C/S – 09/10/2026 |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Elizabeth Huddleston | Stephanie J. Schuyler<br>Naomi May<br>Matthew Dean Brown |

**PROCEEDINGS: DEFENDANT'S MOTION TO DISMISS [63]**

Motion hearing held. The Court hears oral arguments from the parties. The Court takes the Motion under submission. Order to issue.

: 37

Initials of Deputy Clerk rrp

cc: