JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

**M.C. 1 and M.C. 2, by and through their legal guardian NICOLE REISBERG, and M.C. 3 and M.C. 4, by and through their legal guardian AMY WARREN, individually and on behalf of all others similarly situated,**

**Plaintiffs,**

**v.**

**RENAISSANCE LEARNING, INC.,**

**Defendant.**

**Case No. 8:25-cv-01379-FWS-JDE**

**JUDGMENT OF DISMISSAL**

Plaintiffs Minor Child 1 and Minor Child 2, by and through their legal guardian Nicole Reisberg, and Minor Child 3 and Minor Child 4, by and through their legal guardian Amy Warren, brought this putative class action against Defendant Renaissance Learning Inc. ("Renaissance"). (*See generally* Dkt. 60 (Second Amended Complaint, "SAC").) On September 11, 2026, the court granted Renaissance's Motion to Dismiss,

dismissing the Second Amended Complaint without leave to amend. Consistent with the court's September 11, 2026, Order, the court **ENTERS JUDGMENT** in this case in favor of Renaissance and against Plaintiffs. Plaintiffs shall take nothing on their claims against Renaissance in this case.

**IT IS SO ORDERED.**

DATED: September 11, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE